

FILED ___ ENTERED
___ LODGED ___ RECEIVED
AUG 14 2012
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDGAR C. SALAZAR,<br><br>　　　　　Defendant. | NO. MJ12-422<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　　Counts 1-3:　Bank Fraud, in violation of 18 U.S.C. § 1344

　　　Counts 4-6:　Aggravated Identity Theft, in violation of 28 U.S.C. § 1028A

　　　Counts 7-8:　Theft or Receipt of Stolen Mail, in violation of 18 U.S.C. § 1708

　　　Count 9:　　Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

　　　Count 10:　 Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1)

<u>Date of Detention Hearing</u>: August 14, 2012

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　1.　　Defendant has a history of noncompliance on federal supervision.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2. Defendant appears to have long term significant substance abuse issues which have not abated in spite of multiple attempts at treatment.

3. There appear to be no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of August, 2012.

s/ J. Kelley Arnold
J. KELLEY ARNOLD
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2